# SUMMONS IN A CIVIL ACTION - COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
## CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV20936545 | D1 CM | 42435265 |

Rule 4 (B) Ohio

Rules of Civil Procedure

## SUMMONS

TRANSTAR INDUSTRIES, LLC **PLAINTIFF**
VS
TIM LUNDQUIST, ET AL. **DEFENDANT**

TIM LUNDQUIST
875 CORPORATE DRIVE
JORDAN MN 55352

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Plantiff's Attorney

ALEXANDRA C. ECKRICH
1375 E 9TH STREET
SUITE 2250
CLEVELAND, OH 44114-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

SHIRLEY STRICKLAND SAFFOLD
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas


By_____
Deputy

| DATE SENT |
|---|
| Aug 28, 2020 |

COMPLAINT FILED   08/28/2020



CMSN130

CLEVELAND, OHIO 44113

| CASE NO. CV20936545 | D2 CM | SUMMONS NO. 42435266 |
|---|---|---|

Rule 4 (B) Ohio

Rules of Civil Procedure

## SUMMONS

TRANSTAR INDUSTRIES, LLC **PLAINTIFF**
VS
TIM LUNDQUIST, ET AL. **DEFENDANT**

DYNOTEC INDUSTRIES
875 CORPORATE DRIVE
JORDAN MN 55352

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on: 

Plaintiff's Attorney

ALEXANDRA C. ECKRICH
1375 E 9TH STREET

SUITE 2250
CLEVELAND, OH 44114-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

SHIRLEY STRICKLAND SAFFOLD
Do not contact judge. Judge's name is given for attorney's reference only.

NAILAH K. BYRD
Clerk of the Court of Common Pleas



By _____
Deputy

| DATE SENT |
|---|
| Aug 28, 2020 |

COMPLAINT FILED   08/28/2020





**NAILAH K. BYRD
CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT
August 28, 2020 10:01**

By: DAVID A. CAMPBELL 0066494

Confirmation Nbr. 2060687

| | |
|---|---|
| TRANSTAR INDUSTRIES, LLC | CV 20 936545 |
| vs. | |
| TIM LUNDQUIST, ET AL. | **Judge:** SHIRLEY STRICKLAND SAFFOLD |

Pages Filed: 9

IN THE COMMON PLEAS COURT
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| TRANSTAR INDUSTRIES, LLC<br><br>7350 Young Drive<br>Walton Hills, OH 44146<br><br>        Plaintiff<br><br>v.<br><br>TIM LUNDQUIST<br><br>875 Corporate Drive<br>Jordan, Minnesota 55352<br><br>and<br><br>DYNOTEC INDUSTRIES<br><br>875 Corporate Drive<br>Jordan, Minnesota 55352<br><br>        Defendants. | CASE NO. _____<br><br>JUDGE _____<br><br>**(Jury Demand Endorsed Hereon)** |

## COMPLAINT AND JURY DEMAND

Plaintiff Transtar Industries, LLC ("Plaintiff" or "Transtar") for its Complaint and Jury Demand (the "Complaint") against Defendants Tim Lundquist ("Lundquist") and Dynotec Industries ("Dynotec") (Lundquist and Dynotec are collectively, "Defendants") avers and states as follows:

### THE PARTIES

1. Plaintiff is an Ohio limited liability company.

2. Plaintiff's principal place of business is located in Cuyahoga County at 7350 Young Drive, Walton Hills, OH 44146.

3. Transtar is the global leader in transmission and driveline-related solutions.

4. Dynotec specializes in the wholesale distribution of remanufactured automatic transmissions.

5. Lundquist is Dynotec's President. Lundquist is also Dynotec's principal and shareholder.

6. This lawsuit arises out of services and products provided by Plaintiff to Defendant pursuant to a contract between the Parties.

## JURISDICTION AND VENUE

7. This Court has personal jurisdiction over Defendants because Defendants knowingly contracted with an Ohio business.

8. The contract between Transtar and Dynotec resulted in millions of dollars of products being bought and sold.

9. Lundquist personally guaranteed Dynotec's payments owed to Transtar and agreed to indemnify and hold Transtar harmless on Transtar's extension of credit to Dynotec.

10. A true and correct copy of Dynotec's Account Application with Transtar is attached hereto.

11. This Court is the proper venue for this matter because some or all of the conduct giving rise to this Lawsuit occurred in Cuyahoga County and the claim for relief arose in Cuyahoga County.

## FACTS COMMON TO ALL CLAIMS

12. Transtar and Dynotec have had a long-standing business relationship.

13. Dynotec has purchased a substantial amount of transmission-related products from Transtar during the Parties' business relationship.

14. Transtar has also purchased transmission-related products from Dynotec during the course of the Parties' long-standing business relationship.

15. On March 26, 2009, Dynotec completed a Transtar Account Application.

16. Dynotec's Account Application sought to open a line of credit with Transtar in order to permit Dynotec to purchase Transtar's products without paying upon delivery of the product.

17. Transtar does not offer lines of credit to all Transtar customers.

18. Dynotec's line of credit was highly valuable to Dynotec.

19. Dynotec's line of credit was approved based on the personal guaranty provided by Lundquist.

20. The personal guaranty provides: "The undersigned, the principal and shareholder(s) of said company, expressly agrees to indemnify and hold harmless, Transtar Industries, Inc., its affiliates, subsidiaries, successors and assigns, because of extension of credit as contained in this application and in the event the undersigned company fails or refuses to pay any amount due to Transtar, the undersigned principals will pay said amount in full upon demand of Transtar, including all interest, finance charges and attorney's fees in the event it is necessary for Transtar to employer an attorney or other third party firm to collect same, together with the cost of collection. This application replaces and supersedes any previous credit applications with Transtar, its predecessors, affiliates and subsidiaries. This is to certify that I am a principal of the business and personally guarantee this account."

21. Dynotec owes Transtar an amount in excess of One Million Dollars pursuant to the Account Application.

22. Transtar has made a demand for payment of the amounts owed.

23. To date, Dynotec has failed to make payment to Transtar on the amounts owed pursuant to the Account Application.

24. Based on Dynotec's breach of the Account Application, Defendants owe Transtar an amount in excess of One Million Dollars that includes amounts owed for products sold by Transtar to Dynotec, non-reimbursed product returns, interest, finance charges, and costs and fees associated with Transtar hiring a lawyer and taking actions to collect on the Account Application.

## COUNT I – BREACH OF CONTRACT

25. Plaintiff incorporates paragraphs 1 through 24 of the Complaint as if fully rewritten.

26. The Account Application is a valid and lawful contract under Ohio law.

27. Transtar sold transmission-related products to Dynotec pursuant to the Account Application.

28. Transtar provided the line of credit requested by Dynotec on the products sold in return for Defendants' promise to pay for the products pursuant to Transtar's pricing.

29. Dynotec has breached its contract with Transtar by failing to make payment to Transtar on its line of credit upon Transtar's demand.

30. Lundquist has breached the Account Application by failing to pay Transtar for the amounts owed by Dynotec pursuant to his personal guaranty set forth in the Account Application.

31. Transtar has fully complied with the Account Application.

32. Transtar provided valuable consideration to Defendants by offering a line of credit, quality products, and timely delivery of the products.

33. Defendants breached the contract with Plaintiff.

34. As a result of Defendants' breach of contract, Defendants owe Transtar an amount in excess of One Million Dollars that includes amounts owed for products sold by Transtar to Dynotec, interest, finance charges, and costs and fees associated with Transtar hiring a lawyer and taking actions to collect on the Account Application.

35. Defendants have been put on notice of the breach of the Account Application, but have failed to make payments to Transtar.

## **COUNT II – UNJUST ENRICHMENT**

36. Plaintiff incorporates paragraphs 1 through 35 of the Complaint as if fully rewritten.

37. Transtar provided Defendants with products and services that have substantial value.

38. Transtar expected to be compensated the published prices for its products and services.

39. Defendants were aware of Transtar's pricing and Defendants accepted Transtar's products and services at those prices.

40. Defendants have benefited from Transtar's products and services.

41. It would be inequitable or unconscionable for Defendants to enjoy the benefit of Transtar's products and services without paying for the products and services.

42. Public policy would be frustrated if Defendants would receive the benefit of Transtar's products and services without compensation to Transtar.

43. As a result of Defendants' unjust enrichment, Defendants owe Transtar an amount in excess of One Million Dollars that includes amounts owed for products sold by Transtar to

Dynotec, interest, finance charges, and costs and fees associated with Transtar hiring a lawyer and taking actions to collect on the Account Application.

44. Transtar should be awarded interest on the amount owed for Defendants' failure to timely respond to the various debt notices.

WHEREFORE, Plaintiff demands judgment and relief against Defendants as follows:

1. Damages in an amount in excess of One Million Dollars for Defendants' breach of contract;

2. Damages in an amount in excess of One Million Dollars for Defendants' unjust enrichment;

3. Interest on the amounts owed to Plaintiff because Defendants failed to timely pay the amounts owed to Transtar;

4. Costs incurred in prosecuting this action;

5. Finance charges on the amounts owed by Defendants;

6. Attorney fees incurred in prosecuting this matter and collecting on the judgment and

7. Any other appropriate relief that this Court deems just and equitable.

Respectfully submitted,

*/s/ David A. Campbell*
David A. Campbell (0066494)
Alexandra Eckrich (0099133)
Lewis Brisbois Bisgaard & Smith, LLP
1375 E. 9th Street, Suite 2250
Cleveland, OH 44114
Phone: (216) 298-1262
Fax: (216) 344-9421
david.a.campbell@lewisbrisbois.com
alexandra.eckrich@lewisbrisbois.com

*Attorneys for Plaintiff*

## JURY DEMAND

Pursuant to Rule 38(B) of the Ohio Rules of Civil Procedure, a trial by jury is respectfully requested on all the issues presented herein.

*/s/ David A. Campbell*
David A. Campbell (0066494)

*One of the Attorneys for Plaintiffs*

Mar 01 2010 1:08PM Transtar-Minny 763-781-5870 P.1
MAR-1-2010 11:18 FROM: AAAAAA 9526410152 TO:7637815870 P.1/3

## Account Application

**TRANSTAR INDUSTRIES, INC.®**

☐ COD Account
No References Required

☒ Credit Application
References Required

For Internal Use Only
Account #: ▓▓▓▓▓
Sales #: 176648 SP

**BILL TO:**
Corporation Name: Dynotec Industries
Business Name: _____
Street Address: 14355 Johnson Memorial Drive
City: Shakopee  State: MN  Zip: 55379
Country: USA
Phone: 952-1041-9005  Fax: _____
Email Address: tlundquist@tds.net

**SHIP TO** (if different from billing address):
Corporation Name: _____
Business Name: _____
Street Address: _____
City: ___  State: ___  Zip: ___
Country: _____
Phone: ___  Fax: ___
Email Address: _____

Do you now or have you ever had an account with Transtar Industries, Inc.? ☒ Yes  ☐ No
If yes, please provide your Transtar Customer Number: ▓▓▓▓▓

**BUSINESS PROFILE:**
No. of years at this location: 2
No. of locations: 1
Other branches or affiliates? ☐ Yes  ☒ No
Name of branch or affiliate(s): _____
(if more than one, please attach an additional page)
Street Address: _____
City: ___  State: ___  Zip: ___
Country: _____
Phone: ___  Fax: ___

**TYPE OF BUSINESS:**
☒ Corporation  ☐ Limited Liability Corp. (LLC)
☐ Limited Partnership  ☐ Partnership
☐ Sole Proprietorship
State of Incorporation: Minnesota  or
Location of Primary Business (state): _____
or if sole proprietorship, state(s) or residence, include all:
_____
Federal Tax ID Number: ▓▓▓▓▓
Social Security Number: _____

**INFORMATION ON PARTNERS/OFFICERS OF COMPANY:**
Name: Tim Lundquist
Title: President
Street Address: 13351 Skyline Cir
City: Shakopee  State: MN  Zip: 55379
Country: USA  Phone: 952-1041-9005

Name: _____
Title: _____
Street Address: _____
City: ___  State: ___  Zip: ___
Country: ___  Phone: ___

**INFORMATION ABOUT YOUR BUSINESS:**
Business Location(s): ☐ Own  ☒ Lease
Monthly Rent Payment: 2200  Number of Employees: 5  Number of Bays: 3
Estimated Monthly Parts Purchases: _____

In order to process your credit application, a valid Driver's License number and state of issuance is required.
DL State of Issuance: Minnesota  Driver's License Number: _____

Mar 01 2010 1:08PM   Transtar-Minny                763-781-5870              p.2
MAR-1-2010   11:19   FROM: AAAAAA       9526410152         TO:7637815870       P.2/3

**BANK INFO** (to be filled out by applicant):
Bank Name: Community Bank     Contact: Melissa Carlson
Address: 706 Walnut St.
City: Chaska      State: MN   Zip: 55318
Country: _____    Phone Number: (952) 556-1305
Account Number: _____
☒ Checking   ☐ Savings   ☐ Other, please describe: _____

**TRADE REFERENCES** (to be filled out by applicant):
Contact: Tom        Company Name: Napa Jordan
Address: _____
City: Jordan     State: MN   Zip: 55352
Country: USA     Phone Number: (952) 492-3111 / 3911

Contact: Don Robinson    Company Name: Transtar
Address: _____
City: Columbia Heights   State: MN   Zip: 55421
Country: USA     Phone Number: (763) 781-5888

Contact: Nick       Company Name: Napa Chaska
Address: _____
City: Chaska     State: MN   Zip: 5538
Country: USA     Phone Number: (___) ___-____

- The undersigned authorizes Transtar Industries, Inc., its assigns, affiliates and subsidiaries (hereinafter referred to as "Transtar") to perform the necessary credit investigation on the information provided in this credit application.
- Transtar Standard Terms of sale are Prox 15th (invoices billed one month are due on the 15th of the month following purchase). Actual terms may vary based upon Transtar's credit investigation.
- Late payments or balances higher than your assigned credit limit may result in shipments being held, as will NSF Checks (Non-Sufficient Funds for which a $30 service fee or the maximum allowed by law will be charged). NSF Checks must be replaced immediately by Certified Funds or Money order.
- A service charge will be added to all delinquent accounts.
- Transtar does review credit limits periodically and may make changes based on business growth and payment history. If you desire to raise your credit limit, Transtar may require additional information including a recent audited financial statement.
- Transtar may require security for accounts maintaining larger balances.
- Customers with past due balances or NSF checks are not eligible to receive refund checks from Transtar. All credits will be applied to open balances.
- Transtar is required to collect State and Local Sales Tax for customers unless we have a certificate of exemption on file, or a resale certificate.
- Incomplete Credit Applications will not be processed.

- The undersigned, the principal and shareholder(s) of said company, expressly agrees to indemnify and hold harmless Transtar Industries, Inc., its affiliates, subsidiaries, successors and assigns, because of extension of credit as contained in this application and in the event the undersigned company fails or refuses to pay any amount due to Transtar, the undersigned principals will pay said amount in full upon demand of Transtar, including all interest, finance charges, and attorney's fees in the event it is necessary for Transtar to employ an attorney or other third party firm to collect same, together with the cost of collection. This application replaces and supersedes any previous credit applications with Transtar, its predecessors, affiliates and subsidiaries.
- This is to certify that I am a principal of the business and personally guarantee this account.

Signed: _____   Date: 3/26/09
Printed Name: Tim Lundquist

Signed: _____   Date: _____
Printed Name: _____

Please send application back to the Transtar Region that your business is located in:

| Region | Central | Midwest | Northeast | Southeast | West |
|---|---|---|---|---|---|
| Fax | 214-920-7050 | 440-201-6025 | 732-225-4102 | 356-787-7455 | 623-849-3104 |
| Phone | 800-274-2631 | 800-359-3332 | 800-254-0369 | 800-633-3540 | 888-878-5880 |
| Location | 2425 Irving Blvd. Dallas, TX 75207 | 7350 Young Dr. Cleveland, OH 44146 | 40 Campus Dr. Edison, NJ 08837 | 501 Country Rd. 50 Florence, AL 35634 | 4530 N. 43rd Ave. Phoenix, AZ 85031 |

Revised 2/26/08