# EXHIBIT 1



J Goodell <jgoodell@dynotecindustries.com>

## Fwd: warranty converters
1 message

T Lundquist <tlundquist@dynotecindustries.com>  Thu, Mar 4, 2021 at 8:22 PM
To: Jody Lundquist <jgoodell@dynotecindustries.com>

---------- Forwarded message ----------
From: **James Deel** <jdeel@transtar1.com>
Date: Wed, Nov 26, 2014 at 10:23 AM
Subject: warranty converters
To: dewey lundquist (dlundquist@dynotecindustries.com) <dlundquist@dynotecindustries.com>
Cc: Tim Lundquist (tlundquist@dynotecindustries.com) <tlundquist@dynotecindustries.com>

Can I send a driver today to pick up the warranty converters that are piling up so I can get them credited and put the money back on the account.

Are they ready and how many?

James Deel

Branch Manager

Transtar Industries

888 873 4282

jdeel@transtar1.com

--
Tim Lundquist
Dynotec Industries
952-641-9005

**DYNOTEC CORRESPONDENCE 00001**



NOV 18 2014

J Goodell <jgoodell@dynotecindustries.com>

## Fwd: Recon converter issues
1 message

T Lundquist <tlundquist@dynotecindustries.com>  Thu, Mar 4, 2021 at 8:21 PM
To: Jody Lundquist <jgoodell@dynotecindustries.com>

---------- Forwarded message ----------
From: **T Lundquist** <tlundquist@dynotecindustries.com>
Date: Wed, Nov 26, 2014 at 10:54 AM
Subject: Re: Recon converter issues
To: James Deel <jdeel@transtar1.com>

ouch!

On Wed, Nov 26, 2014 at 10:14 AM, James Deel <jdeel@transtar1.com> wrote:

> I had a meeting this morning with my crew and reiterated the absolute necessity to "inspect each and every converter we ship!"
>
> These issues are starting to fade and I believe we pinpointed the source. We initially thought the drop in quality was coming from the Tennessee plant being overwhelmed well it's not, we determined the drop comes from the closing of the Pittsburg plant and the mistake of allowing employees to continue manufacturing 30 days after being notified of the shutdown and potential loss of jobs.
>
> We stopped receiving Pittsburg converters 30 to 45 days ago so, we should be near the end of the cosmetic issue other than slow movers and we plan to "continue inspecting before we ship" through remainder of 2014
>
> I will be submitting a request for compensation to Rick
>
> James Deel
>
> Branch Manager
>
> Transtar Industries
>
> 888 873 4282
>
> jdeel@transtar1.com

--
Tim Lundquist
Dynotec Industries
952-641-9005

--
Tim Lundquist
Dynotec Industries
952-641-9005



J Goodell <jgoodell@dynotecindustries.com>

## Fwd: updates
1 message

**T Lundquist** <tlundquist@dynotecindustries.com>  Thu, Mar 4, 2021 at 8:17 PM
To: Jody Lundquist <jgoodell@dynotecindustries.com>

---------- Forwarded message ---------
From: **James Deel** <jdeel@transtar1.com>
Date: Wed, Mar 11, 2015 at 9:59 AM
Subject: updates
To: Tim Lundquist (tlundquist@dynotecindustries.com) <tlundquist@dynotecindustries.com>
Cc: Don Robinson <drobinson@transtar1.com>

You should have received the Road Ripper data from Mark this morning right?

Also, I have everyone's full attention on the converter warranty issue. Everyone! I supplied them with all the warranty date on your account going back to Oct. 2014 etc... I will keep you updated

James Deel

Branch Manager

Transtar Industries

888 873 4282

jdeel@transtar1.com

--
Tim Lundquist
Dynotec Industries
952-641-9005

**DYNOTEC CORRESPONDENCE 00006**



March 2015

J Goodell <jgoodell@dynotecindustries.com>

## Fwd: FW: FM68HD

T Lundquist <tlundquist@dynotecindustries.com>  Thu, Mar 4, 2021 at 8:56 PM
To: Jody Lundquist <jgoodell@dynotecindustries.com>

---------- Forwarded message ----------
From: **Don Robinson** <drobinson@transtar1.com>
Date: Fri, Mar 13, 2015 at 2:22 PM
Subject: FW: FM68HD
To: James Deel <jdeel@transtar1.com>, Corby Wilemon <cwilemon@transtar1.com>, Rick Wilemon <rwilemon@transtar1.com>, Mike Cargill <mcargill@transtar1.com>
Cc: tlundquist@dynotecindustries.com <tlundquist@dynotecindustries.com>

Gentlemen,

Please see Tim's photos attached to this email.

FM68HD initial: This is the RECON FM68HD shipped with the transmission. Customer supplied photo of the converter after the first installation attempt. The metal displacement is evident, but not 100% certain how caused. The Dyno does not use this area of the crank pilot to stabilize, so it's something that occurred in the installation process as it slid into the crankshaft.

FM68HD as returned: This is the RECON FM68HD as returned by the customer. The displaced metal has been dressed down by the customer, but it still would not install properly in the crank shaft. Basically it would not slip deep enough into the crank shaft to allow the flex plate to get bolted to the converter.

FM68HD Ford unit: Final photo shows a stock Ford converter core that has a properly machined crankshaft pilot. It would appear that the RECON converter pilot is not machined properly when compared to an OEM pilot.

Again, please forward to any individuals that you feel necessary as we work through this one.

I've spoken with Tim and I will be stopping by first thing on Monday and I will be hand carrying this converter back to the branch for a urgent detailed warranty analysis and report.

Don

From: T Lundquist [mailto:tlundquist@dynotecindustries.com]
Sent: Friday, March 13, 2015 12:47 PM
To: James Deel; Don Robinson
Subject: FM68HD

DYNOTEC CORRESPONDENCE 00007

I am forwarding you two pictures - one is a recon converter boxed as fm68hd with the pilot cut too shallow - second pic is of stock converter notice the difference in depth of the cut - customer managed to jam it the crank got it stuck filed the damage down tried to jam it in again and finally gave up we sent another unit to fix the problem - but as we know how easy it is to lose a customer over stuff like this - he is frustrated with our product because we already had a converter failure last week that we had to warranty and now this.................. right now I am not sure how many RGA'S you have issued, but I counted 21 problem converters waiting to boxed and returned. I know you don't need to hear this but I cant afford to lose customers over this bump in the road - can we turn over the inventory here with fresh product from the plant and maybe add some numbers that we currently do not have and see if the problems go back to a normal level?????? Let me know A.S.A.P.!!!!

Thanks

--

Tim Lundquist

Dynotec Industries

952-641-9005

--
Tim Lundquist
Dynotec Industries
952-641-9005

3 attachments


**FM68HD as returned.JPG**
1456K


**FM68HD ford unit.JPG**
1266K


**FM68HD initial.jpg**
29K



J Goodell <jgoodell@dynotecindustries.com>

## Fwd: FW: Cookeville Quality Issue: FM89L

**T Lundquist** <tlundquist@dynotecindustries.com>  Thu, Mar 4, 2021 at 8:07 PM
To: Jody Lundquist <jgoodell@dynotecindustries.com>

---------- Forwarded message ----------
From: **J Goodell** <jgoodell@dynotecindustries.com>
Date: Thu, Aug 20, 2015 at 3:50 PM
Subject: Fwd: FW: Cookeville Quality Issue: FM89L
To: dewey lundquist <dlundquist@dynotecindustries.com>, T Lundquist <tlundquist@dynotecindustries.com>

---------- Forwarded message ----------
From: **Don Robinson** <drobinson@transtar1.com>
Date: Thu, Aug 20, 2015 at 1:36 PM
Subject: FW: Cookeville Quality Issue: FM89L
To: "jgoodell@dynotecindustries.com" <jgoodell@dynotecindustries.com>

Jody,

I typically do not like to forward a long email like this as it can be confusing to follow, but I feel it is important for you to see this entire email chain on this one.

It would appear that Frank Williams is getting 10 inspected units out today for you via NDA at no shipping expense that you should see delivered tomorrow.

Thank you again for your patience as we work through this one. I certainly appreciate it.

Don

**From:** Frank Williams
**Sent:** Thursday, August 20, 2015 1:27 PM
**To:** Don Robinson
**Subject:** RE: Cookeville Quality Issue: FM89L

Inspecting 10 to ship NDA at our expense. Tracking # will be sent be end of day.

**From:** Don Robinson
**Sent:** Thursday, August 20, 2015 1:14 PM
**To:** Frank Williams
**Subject:** RE: Cookeville Quality Issue: FM89L

Frank,

How quickly can Cookeville supply 10 x FM89L that are current production to Dynotec 159935?

**DYNOTEC CORRESPONDENCE 00013**

**From:** Frank Williams
**Sent:** Thursday, August 20, 2015 10:57 AM
**To:** Don Robinson
**Subject:** RE: Cookeville Quality Issue: FM89L

We just learned the notice was not sent out to all locations. There will be a new notice sent momentarily. Thank you Don!

---

**From:** Don Robinson
**Sent:** Thursday, August 20, 2015 11:55 AM
**To:** Frank Williams
**Subject:** RE: Cookeville Quality Issue: FM89L



Dynotec just advised me that they encountered another FM89L with date code 6/12/15 that originated from Chicago that has the oversize bushing problem.

It would appear that Chicago may not have received the recall notice rather.

---

**From:** Frank Williams
**Sent:** Thursday, August 20, 2015 10:11 AM
**To:** Don Robinson
**Subject:** RE: Cookeville Quality Issue: FM89L

Both #'s are in the notice. You are correct. We are trying to track down the notification. It might have been missed.

---

**From:** Don Robinson
**Sent:** Thursday, August 20, 2015 11:10 AM
**To:** Frank Williams
**Subject:** RE: Cookeville Quality Issue: FM89L

Frank,

I looked at the attached Bulletin that provided inspection and recall instructions.

I asked both Jim and Nate if they had ever seen this one come through as it's addressed to "All Branches" and neither one of them recall ever seeing this.

However, based on the Dynotec units, it would appear that it effects FM89L as well that was not on the FM89 bulletin.

---

**From:** Frank Williams
**Sent:** Thursday, August 20, 2015 9:34 AM
**To:** Don Robinson
**Cc:** Mai D. Nguyen
**Subject:** FW: Cookeville Quality Issue: FM89L

We have corrected product available to ship. Please see retrieval notice from July. Clearly we missed the inventory related to Dynotech.

Thanks, Frank

---

**From:** Matthew Roybal
**Sent:** Thursday, August 20, 2015 10:31 AM
**To:** Frank Williams; Jay Peterson
**Subject:** RE: Cookeville Quality Issue: FM89L

Frank

There was a retrieval notice sent out 7/13/15.

Obviously it was not fully contained and some got out to Dynotec.

---

**From:** Frank Williams
**Sent:** Thursday, August 20, 2015 9:23 AM
**To:** Matthew Roybal; Jay Peterson
**Subject:** FW: Cookeville Quality Issue: FM89L

Here is the Dynotec issue with the FM89L. According to Dave Recon used a "unfinished bushing" for this item and did not have the same fit issues we are experiencing now.

---

**From:** George Marshall
**Sent:** Monday, August 17, 2015 5:46 PM
**To:** Urgent Priority T/C Analysis
**Subject:** FW: Cookeville Quality Issue: FM89L

Matthew / Kerry,

When you find a minute can you look into this for Don.

Thanks, George

---



**From:** Don Robinson
**Sent:** Monday, August 17, 2015 10:33 AM
**To:** George Marshall <gmarshall@daccoinc.com>; Mike Cargill <mcargill@Transtar1.com>; Lee Beasley <lbeasley@daccoinc.com>
**Cc:** James Deel <jdeel@Transtar1.com>; Rick Wilemon <rwilemon@Transtar1.com>
**Subject:** Cookeville Quality Issue: FM89L

All,

Running into another QC problem on Converters from Cookeville.

FM89L

This morning my customer Dynotec Industries has been through 5 FM89L converters.

3 of them (build date 6/12/15) that have oversize bushings and cannot be installed

**DYNOTEC CORRESPONDENCE 00015**

1 of them (build date 6/12/15) has a noisy bearing chatter

1 of them (build date 6/22/15) also has an oversize bushing and cannot be installed.

Attached is a photo of one of these FM89L converters with an oversize bushing from last week that was barely able to be installed only to be killed by initial operation on the Dyno.

Are we seeing problems with FM89 series converters on these oversize bushings?



Don Robinson

Sales Representative

Transtar Industries, Inc.

763.781.5888 Main (x7284)

612.294.7284 Direct

763.781.5870 FAX Main

612.294.9693 FAX Direct

888.873.4282 Toll Free

DYNOTEC CORRESPONDENCE 00016

drobinson@transtar1.com

www.transtar1.com

*The Premier Provider of World Class Driveline Solutions*

--
Tim Lundquist
Dynotec Industries
952-641-9005

DYNOTEC CORRESPONDENCE 00017



J Goodell <jgoodell@dynotecindustries.com>

## Fwd: Lock Up Issues

T Lundquist <tlundquist@dynotecindustries.com>  
To: Jody Lundquist <jgoodell@dynotecindustries.com>

Thu, Mar 4, 2021 at 7:56 PM

---------- Forwarded message ----------  
From: **Don Robinson** <drobinson@transtar1.com>  
Date: Wed, Aug 31, 2016 at 12:30 PM  
Subject: RE: Lock Up Issues  
To: Matthew Roybal <mroybal@transtar1.com>  
Cc: tlundquist@dynotecindustries.com <tlundquist@dynotecindustries.com>, James Deel <jdeel@transtar1.com>, Tom Presutti <tpresutti@transtar1.com>, Kerry Lovell <klovell@transtar1.com>, Jay Peterson <jpeterson@transtar1.com>, Mike Colyer <mcolyer@transtar1.com>

Matthew,

Thank you for the reply.

We will work with Tim to get these converters with the LU Slippage issues marked with SW numbers and get them shipped to the plant for a detailed Urgent Warranty analysis.

Don

**From:** Matthew Roybal  
**Sent:** Wednesday, August 31, 2016 9:52 AM  
**To:** Don Robinson  
**Cc:** tlundquist@dynotecindustries.com; James Deel; Tom Presutti; Kerry Lovell; Jay Peterson; Mike Colyer  
**Subject:** RE: Lock Up Issues

Don,

We have not seen a significant increase in converter slipping on these units noted below. We always have a certain amount of slipping complaints. In an effort to continuously improve our processes, we are reviewing our bonding and machining processes for opportunities to improve upon.

We would appreciate Tim returning these units to Cookeville so that we may perform an Urgent warranty analysis and learn from these units. We will share our findings with Tim.

**DYNOTEC CORRESPONDENCE 00020**

Thank You,

Matthew Roybal

Director of Customer Quality

Torque Converter Remanufacturing



a: 741 Dacco Drive, Cookeville, TN 38506

p: 931-303-0128

c: 909-238-2527

e: mroybal@Transtar1.com

u: www.Transtar1.com

Commitment • Integrity • Teamwork • Customer Focus • Candor • Respect • Safety

This e-mail message is intended for the above named recipient(s) only. It may contain confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail by error, please immediately notify the sender by replying to this e-mail and deleting the message including any attachment(s) from your system. Thank you in advance for your cooperation and assistance.

**From:** Don Robinson
**Sent:** Tuesday, August 30, 2016 12:56 PM
**To:** Matthew Roybal <mroybal@Transtar1.com>
**Cc:** tlundquist@dynotecindustries.com; James Deel <jdeel@Transtar1.com>
**Subject:** Lock Up Issues

Matthew,

I spoke with Tim Lundquist from Dynotec Industries (a/c 159935) this morning about some concerns he has with Transtar's converters, specifically lock up slippage issues.

He is beginning to see a larger than normal reports from customers of Converter Slippage issues upon initial installation. The transmissions are clearing the Dyno Test after build just fine, but running into problems when installed into a vehicle.

Tim has complaints from customers on CD4E, FNR5, 5R110, 45RFE, 4F27E, and U140 transmissions. Total of about 14 complaints in 2 weeks. Needless to say, he's concerned.

Have you had any other similar issues reported from the field or has there been any changes in the plant or processes that could be part of the equation here? Tim will be setting these units aside for ship in for detailed autopsy, but right now were very interested in any information that you can provide from the plant side that would be relevant to the issue Tim is facing.

I've copied Tim Lundquist on this email as well as Jim Deel. Please feel free to contact any of us for additional information as necessary.

Thank You,

**Don Robinson**

Sales Representative


TRANSTAR INDUSTRIES, INC.

a: 3900 Jackson Street NE, Suite 150, Columbia Heights, MN 55421

p: 612-294-7284

f: 612-294-9693

e: drobinson@Transtar1.com

u: www.Transtar1.com

Commitment • Integrity • Teamwork • Customer Focus • Candor • Respect • Safety

This e-mail message is intended for the above named recipient(s) only. It may contain confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail by error, please immediately notify the sender by replying to this e-mail and deleting the message including any attachment(s) from your system. Thank you in advance for your cooperation and assistance.

--

 

J Goodell <jgoodell@dynotecindustries.com>

## Fwd: 159935 Dynotec converter issues
1 message

T Lundquist <tlundquist@dynotecindustries.com>
To: Jody Lundquist <jgoodell@dynotecindustries.com>

---------- Forwarded message ----------
From: **James Deel** <jdeel@transtar1.com>
Date: Wed, May 17, 2017 at 11:52 AM
Subject: 159935 Dynotec converter issues
To: Daniel Wallace <dwallace@transtar1.com>, Matthew Roybal <mroybal@transtar1.com>, Scott Hopkins <shopkins@transtar1.com>, Michael Cargill <mcargill@transtar1.com>, Mike Colyer (tlundquist@dynotecindustries.com) <tlundquist@dynotecindustries.com>, MIKE KNAEBLE <mknaeble@dynotecindustries.com>, Donald Robinson <drobinson@transtar1.com>
Cc: Corby Wilemon <cwilemon@transtar1.com>, Kerry Lovell <klovell@transtar1.com>

Tim is out this week so it will need to be early next week.

**From:** Daniel Wallace
**Sent:** Wednesday, May 17, 2017 6:59 AM
**To:** Matthew Roybal; Scott Hopkins; Michael Cargill; Mike Colyer; Kevin Piekarski
**Cc:** Corby Wilemon; James Deel; Kerry Lovell
**Subject:** RE: 159935 Dynotec converter issues

Team,

Looking at the data, it's showing older units 1-3 years old that have failed, so the analysis below doesn't surprise me. I hope the customer understands that talking with th
James, Scott, do you want to coordinate a call with the customer and we can share the improvements made last year?

Thanks
Dan

**From:** Matthew Roybal
**Sent:** Friday, May 12, 2017 2:00 PM
**To:** Scott Hopkins <shopkins@Transtar1.com>; Michael Cargill <mcargill@Transtar1.com>; Mike Colyer <mcolyer@Transtar1.com>; Kevin Piekarski <kpiekarski@Transt
**Cc:** Corby Wilemon <cwilemon@Transtar1.com>; James Deel <jdeel@Transtar1.com>; Daniel Wallace <dwallace@Transtar1.com>; Kerry Lovell <klovell@Transtar1.com
**Subject:** RE: 159935 Dynotec converter issues

Scott,

As we discussed, we have analyzed 37 units in 2017 for Dynotec with the following results:
NPF: 12 = 32%
Customer Trans metal: 5 = 14%
Manufacturing issue: 20 = 54%

| Report# | Brand | Priority 1 urgent, 2 red tag, 3 other | P/N | Line | MFG Date | Complaint | Issue Found | Dat |
|---|---|---|---|---|---|---|---|---|
| 2017-0019 | Recon | 1 | GM10404 | L4 | 4/1/2015 | NOISE | ENDPLAY | 1/3/ |
| 2017-0151 | Recon | 1 | MB37 | L9 | 6/2/2016 | NOISE | IMPELLER BEARING FAILURE | 1/1( |
| 2017-0152 | Recon | 1 | DA61 | L9 | 12/17/2015 | LOCK UP SLIP | NO PROBLEM FOUND | 1/1( |
| 2017-0153 | Recon | 1 | TO55A | L9 | 5/13/2015 | LOCK UP CHATTER/SHUDDER | NO PROBLEM FOUND | 1/1( |
| 2017-0154 | Recon | 1 | FM89L | L8 | 4/6/2016 | NOISE | SEAL MISPLACED/BROKE | 1/1( |
| 2017-0155 | Recon | 1 | FM89L | L8 | | UNKNOWN | OEM CLUTCH THIN | 1/1( |
| 2017-0156 | Recon | 1 | DA42 | L9 | | UNKNOWN | TRANS METAL CONTAMINATION | 1/1( |
| 2017-0157 | Recon | 1 | CR94L | L3 | 12/4/2014 | UNKNOWN | NO PROBLEM FOUND | 1/1( |
| 2017-0158 | Recon | 1 | FM160L | L7 | 9/10/2014 | UNKNOWN | COMPONENT INTERFERENCE | 1/1( |
| 2017-0159 | Recon | 1 | GM90 | L4 | 10/22/2014 | UNKNOWN | IMPELLER BEARING FAILURE | 1/1( |
| 2017-0160 | Recon | 1 | GM88H | L10 | | UNKNOWN | TRANS METAL CONTAMINATION | 1/1( |
| 2017-0161 | Recon | 1 | GM88H | L10 | 2/6/2014 | UNKNOWN | SLIPPING | 1/1( |
| 2017-0162 | Recon | 1 | FM64RX-S3 | L7 | 5/27/2015 | UNKNOWN | IMPELLER BEARING FAILURE | 1/1( |
| 2017-0163 | Recon | 1 | TO75 | L9 | 4/27/2016 | UNKNOWN | NO PROBLEM FOUND | 1/9/ |
| 2017-0164 | Recon | 1 | GM92 | L4 | 10/14/2014 | UNKNOWN | IMPELLER BEARING FAILURE | 1/1( |
| 2017-0165 | Recon | 1 | GM92 | L4 | 8/26/2014 | UNKNOWN | IMPELLER BEARING FAILURE | 1/1( |
| 2017-0166 | Recon | 1 | GM33CW | L5 | 3/29/2014 | HUB DIMENSION WRONG/DAMAGED | CONICAL WASHER/SEAL FAILURE | 1/1( |
| 2017-0167 | Recon | 1 | GM10404 | L4 | 6/30/2014 | MAKING METAL | OEM CLUTCH MATERIAL FAILURE/DAMAGE | 1/1( |
| 2017-0168 | Recon | 1 | GM33CW | L5 | 5/28/2014 | UNKNOWN | CONICAL WASHER/SEAL FAILURE | 1/1( |
| 2017-0169 | Recon | 1 | CR1323 | L3 | 2/28/2014 | UNKNOWN | NO PROBLEM FOUND | 1/1( |
| 2017-0170 | Recon | 1 | DA54 | L9 | 12/10/2015 | UNKNOWN | SLIPPING | 1/1( |
| 2017-0171 | Recon | 1 | DA54 | L9 | 5/14/2016 | MAKING METAL | TRANS METAL CONTAMINATION | 1/1( |
| 2017-0172 | Recon | 1 | FM4800 | L9 | 2/10/2016 | NOISE | NO PROBLEM FOUND | 1/1( |
| 2017-0173 | Recon | 1 | FM89L | L8 | 1/14/2015 | SET A COMPUTER CODE | SLAG/WELD BIT CONTAMINATION | 1/1( |
| 2017-0174 | Recon | 1 | FM89L | L8 | | SET A COMPUTER CODE | NO PROBLEM FOUND | 1/1( |
| 2017-0175 | Recon | 1 | DA54 | L9 | 6/16/2015 | SET A COMPUTER CODE | WASHER FAILURE | 1/1( |
| 2017-0176 | Dacco | 1 | 520AA | L3 | 4/4/2016 | UNKNOWN | NO PROBLEM FOUND | 1/1( |

**DYNOTEC CORRESPONDENCE 00027**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2017-0177 | Dacco | 1 | 520AA | L3 | | UNKNOWN | NO PROBLEM FOUND | 1/1( |
| 2017-0185 | Recon | 1 | TO75 | L9 | 12/30/2015 | NOISE | NO PROBLEM FOUND | 1/1( |
| 2017-0186 | Recon | 1 | CR7201-S1 | L10 | | UNKNOWN | TRANS METAL CONTAMINATION | 1/1( |
| 2017-0187 | Recon | 1 | CR70X | L10 | 2/15/2016 | MAKING METAL | IMPELLER BEARING FAILURE | 1/1( |
| 2017-0188 | Recon | 1 | CR2 | L3 | 1/19/2016 | SET A COMPUTER CODE | NO PROBLEM FOUND | 1/1( |
| 2017-0189 | Recon | 1 | CR94L | L3 | 5/8/2014 | UNKNOWN | OEM CLUTCH DELAMINATION | 1/1( |
| 2017-0190 | Recon | 1 | MB37 | L9 | 2/27/2016 | NOISE | SLAG/WELD BIT CONTAMINATION | 1/1( |
| 2017-0191 | Recon | 3 | KFM64Q | L7 | 2/23/2015 | MAKING METAL | TRANS METAL CONTAMINATION | 1/1( |
| 2017-2544 | Recon | 1 | GM92 | L4 | 11/30/2016 | MAKING METAL | NO PROBLEM FOUND | 3/3( |
| 2017-2748 | Recon | 1 | GM71CW | L11 | 8/9/2016 | MAKING METAL | BUILT WRONG | 4/4/ |

From: Scott Hopkins
Sent: Friday, May 12, 2017 12:26 PM
To: Matthew Roybal <mroybal@Transtar1.com>; Michael Cargill <mcargill@Transtar1.com>; Mike Colyer <mcolyer@Transtar1.com>; Kevin Piekarski <kpiekarski@Trans
Cc: Corby Wilemon <cwilemon@Transtar1.com>; James Deel <jdeel@Transtar1.com>
Subject: FW: 159935 Dynotec converter issues
Importance: High

Team,

Hope everyone is having a great Friday. Please see message below from Minneapolis 350 Branch Manager Jim Deel regarding converter quality concerns by Dynotec In 2017 (139 converters listed as defective). Tim is obviously concerned and would like to talk with us as a group as his confidence in our converters is diminishing. Not sur soon and put together a plan to talk with Tim early next week. Let me know if you need any additional information. Thanks

[Account Status Summary screenshot for DYNOTEC INDUSTRIES, customer 159935, as of 05/12/17]

Scott Hopkins
Regional Manager



a. 3202 Harrisburg Blvd Houston, TX 77003
p: (713) 574-8055
c: (985) 373-4301
v: 329-8055
e: shopkins@transtar1.com
u: www.transtar1.com

Commitment • Integrity • Teamwork • Customer Focus • Candor • Respect • Safety

This e-mail message is intended for the above named recipient(s) only. It may contain confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distributi error, please immediately notify the sender by replying to this e-mail and deleting the message including any attachment(s) from your system. Thank you in advance for your cooperation and assistance.

Ask me or any member of the Transtar sales team about how we can help you grow your business with our c

  

DYNOTEC CORRESPONDENCE 00028

**From:** James Deel
**Sent:** Friday, May 12, 2017 9:47 AM
**To:** Scott Hopkins
**Subject:** 159935 Dynotec converter issues

Tim called to voice concerns with our converter quality. He said there has been a recent spike in issues including potential contamination coming from the converters caus they are finding the contamination to come from the converter. Tim said one of the CR2 converters they recently had issues with was dated Jan 11th There is also some 5(

Tim would like to speak with you and the folks at the plant to discuss going forward.

TMBX SW YTD
77437723
77351116
77351106
77220702
75828597
75688772
75048476
74915487
74837713
74838095

Thank You,

James Deel
Branch Manager

**TRAYSTAR**
TRANSTAR INDUSTRIES, INC

a. 3800 Jackson St NE (Suite # 150) Columbia Heights, MN 55421
p. (612) 294-7281
f. (763)781-5870
e. jdeel@transtar1.com
u. www.Transtar1.com

Commitment • Integrity • Teamwork • Customer Focus • Candor • Respect • Safety

This e-mail message is intended for the above named recipient(s) only. It may contain confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distributi error, please immediately notify the sender by replying to this e-mail and deleting the message including any attachment(s) from your system. Thank you in advance for your cooperation and assistance.

Tim Lundquist
Dynotec Industries
952-641-9005

📎 invite.ics
16K

DYNOTEC CORRESPONDENCE 00029



Nov 2017

J Goodell <jgoodell@dynotecindustries.com>

## Fwd: FW: Warranty Reports 11124-25
1 message

**T Lundquist** <tlundquist@dynotecindustries.com>  Thu, Mar 4, 2021 at 7:46 PM
To: Jody Lundquist <jgoodell@dynotecindustries.com>

---------- Forwarded message ---------
From: **T Lundquist** <tlundquist@dynotecindustries.com>
Date: Fri, Nov 10, 2017 at 2:19 PM
Subject: Re: FW: Warranty Reports 11124-25
To: Donald Robinson <drobinson@transtar1.com>

problems short term are better - time will tell

On Fri, Nov 10, 2017 at 1:56 PM, Donald Robinson <drobinson@transtar1.com> wrote:
> I hear you 100% and agree that you definitely saw a high fail rate on the Recon line.
>
> On the 21 here, all 21 were sent back as warranty replaced converters and half of them did have an identified problem in the UA report.
>
> Have the conversion to Dynamic help alleviate these issues for you?  I dont think ive seen but one returned so far for a pad issue.
>
>
>
> Sent from my T-Mobile 4G LTE device
>
> ------ Original message------
> From: T Lundquist
> Date: Fri, Nov 10, 2017 1:34 PM
> To: Donald Robinson;
> Cc:
> Subject: Re: FW: Warranty Reports 11124-25
>
> so 3 emails with warranty reports -
>
> 21 converters - 11 admitted failures - over 50% failure ..................................................... this is what I am talking about week after week of this abuse !!
>
>
>
>
> On Wed, Nov 8, 2017 at 12:45 PM, Donald Robinson <drobinson@transtar1.com> wrote:
>> Warranty UA Reports from Cookeville.
>>
>> **From:** Seth Loftis
>> **Sent:** Wednesday, November 08, 2017 12:11 PM

**DYNOTEC CORRESPONDENCE 00034**

**To:** Donald Robinson
**Subject:** Warranty Reports 11124-25

Seth Loftis

QC Administrative Assistant


TRANSTAR INDUSTRIES, INC.

a: 741 Dacco Dr., Cookeville, TN 38506

p: 9313030135

e: sloftis@Transtar1.com

u: www.Transtar1.com

--
Tim Lundquist
Dynotec Industries
952-641-9005

--
Tim Lundquist
Dynotec Industries
952-641-9005

--
Tim Lundquist
Dynotec Industries
952-641-9005