# EXHIBIT 4



J Goodell <jgoodell@dynotecindustries.com>

---

## RE: 159935 balance of 2020
1 message

**Teresa Dean** <trdean@transtar1.com>  Fri, Jul 31, 2020 at 8:54 AM
To: J Goodell <jgoodell@dynotecindustries.com>

Thanks.

---

**From:** J Goodell <jgoodell@dynotecindustries.com>
**Sent:** Friday, July 31, 2020 6:56 AM
**To:** Teresa Dean <trdean@Transtar1.com>
**Subject:** Re: 159935 balance of 2020

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Teresa,

Please make the payment of 10,637.85 out of 0708 account.

Thanks,

Jody

Sent from my iPhone

> On Jul 29, 2020, at 8:20 AM, Teresa Dean <trdean@transtar1.com> wrote:
>
> Jody the balance for 2020 is down to 10,637.85.
>
> Can you make this payment this week.
>
> Thanks and hope you are doing well.
>
> *Teresa Dean*
>
> *Credit and Collections Manager*
>
> *Transtar Industries*

**DYNOTEC CORRESPONDENCE 00071**

*256-275-4590*

*trdean@transtar1.com*

**DYNOTEC CORRESPONDENCE 00072**