# EXHIBIT 7

| | Open Invoices to Dynotec | | | |
|---|---|---|---|---|
| | **Invoice Date** | **Invoice #** | **Customer** | **Amount Due** |
| Invoice | 10/21/2020 | 618879 | TRANSTAR INDUST | 1,850.00 |
| Invoice | 08/07/2020 | 618649 | TRANSTAR INDUST | 2,450.00 |
| Invoice | 07/29/2020 | 618606 | TRANSTAR INDUST | 5,500.00 |
| Invoice | 07/16/2020 | 618496 | TRANSTAR INDUST | 5,300.00 |
| Invoice | 06/25/2020 | 618378 | TRANSTAR INDUST | 2,850.00 |
| | | | | **17,950.00** |

**DYNOTEC INVOICES 00001**



# Invoice

| Date | Invoice # |
|---|---|
| 6/25/2020 | 618378 |

875 Corporate Dr
Jordan, MN  55352
952-641-9005

**Customer:**

Transtar - Cleveland

**Customer Ship To:**

Charlie's Automotive
W 8991 Highway 47
Antigo, WI 54409

| YEAR | MAKE | MODEL / MO... | VIN # | SERIAL NO | MILEAGE | P.O. NUMB... | DUE DATE |
|---|---|---|---|---|---|---|---|
| 2010 | TOYOTA | RAV4 2.5 | 2T3BF4DV6AW0601... | 615847 |  | 287462 | 6/25/2020 |

| Quantity | Product ID | Part Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1 | U140F |  | DYNO-TESTED REMAN U140F WITH CONVERTER (INCLUDES STAND ALONE COOLER OC-4451) *SEND SHIFT ADAPT PAPERWORK* An adaptive learn MUST BE DONE for transmission to shift properly! | 1,850.00 | 1,850.00 |
| 1 | CORE |  | U140F TRANSMISSION CORE CHARGE | 1,000.00 | 1,000.00 |
|  |  |  | DAYTON: 00553508064 |  |  |

Customer acknowledges receipt of goods and/or services and agrees to pay the amount shown hereon.  Claims on error, damage and shortage must be reported upon delivery.  Sales tax will be charged on invoices unless exemption is on file.  A 15% restocking fee may be assessed on all parts unless defective.  No returns on special orders.  Shipping and handling charges are not refundable. The price of this part requires customer to return a core to Dynotec. All cores must be returned within 30 days of purchase or core charges may be assessed. Customer is responsible for all costs of collection, including attorney fees and other fees incurred in the collection process. Check writers :If a check is dishonored or returned for any reason, you authorize Dynotec to electronically debit your checking account for the amount of the check plus a $30 admin fee. Please see  separate warranty agreement provided along with this invoice for your rights and obligations pertaining to this

Signature:_____

| | |
|---|---|
| **Sales Tax (7.375%)** | $0.00 |
| **Total** | $2,850.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,850.00 |

DYNOTEC INVOICES 00002



# Invoice

875 Corporate Drive
Jordan, MN  55352
952-641-9005

| Date | Invoice # |
|---|---|
| 7/16/2020 | 618496 |

Customer:

Transtar - Cleveland

Customer Ship To:

TRANSTAR- CLEVELAND
7350 YOUNG DRIVE
WALTON HILLS, OH 44146

| YEAR | MAKE | MODEL / MO... | VIN # | SERIAL NUM... | MILEAGE | P.O. NUMB... | DUE DATE |
|---|---|---|---|---|---|---|---|
| 2011 | FORD | F350 6.7L | 1FT8W3BT7BEB476... | DTI61849600 | 215,186 | 288188 | 7/16/2020 |

| Quantity | Product ID | Part Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1 | 126-AAW | | REMAN 126-AAW / 6R140 TRANSMISSION WITH CONVERTER 2011 FORD F250/F350 6.7D 2WD- NO PTO-FLANGE YOKE+ 2011 FORD F250/F350 6.7L 4WD-NO PTO (T8005AA)  !!!!!  IMPORTANT  !!!!!  NUMBERS BELOW ARE NEEDED FOR PROGRAMMING:  SOL STRATEGY:  1006142653809  SOL BODY ID:  196361AB | 2,800.00 | 2,800.00 |
| 1 | C6R140 | | 6R140 CORE  SHIP: FRED'S 51637 St. Rd. 19 N., Elkhart, IN 46514  Dayton Freight: 00562516016 | 2,500.00 | 2,500.00 |

**Need VIN and MILES to validate warranty**

**Flush:** ___ **Clean  /  Dirty**

**Core returned:** ___ **YES** ___ **NO** ___ **R&R**

Customer acknowledges receipt of goods and/or services and agrees to pay the amount shown hereon.  Claims on error, damage and shortage must be reported upon delivery.  Sales tax will be charged on invoices unless exemption is on file.  A 15% restocking fee may be assessed on all parts unless defective.  No returns on special orders.  Shipping and handling charges are not refundable. The price of this part requires customer to return a core to Dynotec. All cores must be returned within 30 days of purchase or core charges may be assessed. Customer is responsible for all costs of collection, including attorney fees and other fees incurred in the collection process. Check writers :If a check is dishonored or returned for any reason, you authorize Dynotec  to electronically debit your checking account for the amount of the check plus a $30 admin fee. Please see  separate warranty agreement provided along with this invoice for your rights and obligations pertaining to this purchase.

| | |
|---|---|
| **Sales Tax (7.375%)** | $0.00 |
| **Total** | $5,300.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,300.00 |

Signature:_____

DYNOTEC INVOICES 00003



875 Corporate Dr
Jordan, MN  55352
952-641-9005

# Invoice

| Date | Invoice # |
|---|---|
| 7/29/2020 | 618606 |

Customer:

Transtar - Cleveland

Customer Ship To:

TRANSTAR- CLEVELAND
7350 YOUNG DRIVE
WALTON HILLS, OH 44146

| YEAR | MAKE | MODEL / MO... | VIN # | SERIAL NO | MILEAGE | P.O. NUMB... | DUE DATE |
|---|---|---|---|---|---|---|---|
| 2014 | DODGE | 2500 6.7L | 3C6UR5KL3EG113543 | DTI61860600 | 194,626 | 288468 | 7/29/2020 |

| Quantity | Product ID | Part Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1 | 72-BEP | | DYNO-TESTED 72-BEP/ 68RFE  HEAVY DUTY TRANSMISSION WITH CONVERTER 2011-2013 DODGE 2500/3500 6.7D 4WD T6415AAR3000 - STAGE 3 (INCLUDES BILLET COVER TORQUE CONVERTER) "QUICK LEARN" PROCEDURE MUST BE PERFORMED BEFORE DRIVING! TORQUE CONVERTER: PART# C51AHD  AND  SERVICE REPROGRAMMING REQUIRED Any time you replace or rebuild the transaxle you will need to re-program the TCM,  Do not drive the vehicle until this procedure has been completed or severe internal damage may result. | 3,500.00 | 3,500.00 |
| 1 | C72-BEP | | C72-BEP /68RFE TRANSMISSION CORE | 1,850.00 | 1,850.00 |
| 1 | PLASTIC TOTE | | PLASTIC SHIPPING CONTAINER | 150.00 | 150.00 |
| | | | R&L: 033574248 | | |

Customer acknowledges receipt of goods and/or services and agrees to pay the amount shown hereon.  Claims on error, damage and shortage must be reported upon delivery.  Sales tax will be charged on invoices unless exemption is on file.  A 15% restocking fee may be assessed on all parts unless defective.  No returns on special orders.  Shipping and handling charges are not refundable. The price of this part requires customer to return a core to Dynotec. All cores must be returned within 30 days of purchase or core charges may be assessed. Customer is responsible for all costs of collection, including attorney fees and other fees incurred in the collection process. Check writers :If a check is dishonored or returned for any reason, you authorize Dynotec  to electronically debit your checking account for the amount of the check plus a $30 admin fee. Please see  separate warranty agreement provided along with this invoice for your rights and obligations pertaining to this

Signature:_____

| | |
|---|---|
| **Sales Tax (7.375%)** | $0.00 |
| **Total** | $5,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,500.00 |

DYNOTEC INVOICES 00004



875 Corporate Dr
Jordan, MN  55352

952-641-9005

# Invoice

| Date | Invoice # |
|---|---|
| 8/7/2020 | 618649 |

Customer:

Transtar - Cleveland

| YEAR | MAKE | MODEL / MO... | VIN # | LICENSE | MILEAGE | P.O. NUMB... | DUE DATE |
|---|---|---|---|---|---|---|---|
| 1988 | TOYOTA | LANDCRUISER | | DTI61864900 | | | 8/7/2020 |

| Quantity | Product ID | Part Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1 | PARTS | A440F | A440F TRANSMISSION | 2,450.00 | 2,450.00 |
| | | | R&R | | |
| | | | R&L: 033840261 | | |

Customer acknowledges receipt of goods and/or services and agrees to pay the amount shown hereon.  Claims on error, damage and shortage must be reported upon delivery.  Sales tax will be charged on invoices unless exemption is on file.  A 15% restocking fee may be assessed on all parts unless defective.  No returns on special orders.  Shipping and handling charges are not refundable. The price of this part requires customer to return a core to Dynotec. All cores must be returned within 30 days of purchase or core charges may be assessed. Customer is responsible for all costs of collection, including attorney fees and other fees incurred in the collection process. Check writers :If a check is dishonored or returned for any reason, you authorize Dynotec  to electronically debit your checking account for the amount of the check plus a $30 admin fee. Please see  separate warranty agreement provided along with this invoice for your rights and obligations pertaining to this purchase.

Signature:_____

| | |
|---|---|
| **Sales Tax (7.375%)** | $0.00 |
| **Total** | $2,450.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,450.00 |



875 Corporate Dr
Jordan, MN  55352
952-641-9005

# Invoice

| Date | Invoice # |
|---|---|
| 10/21/2020 | 618879 |

Customer:

Transtar - Cleveland

Customer Ship To:

INLAND TRANS
5839 S STRAITS HWY
INDIAN RIVER, MI 49749

| YEAR | MAKE | MODEL / MO... | VIN # | LICENSE | MILEAGE | P.O. NUMB... | DUE DATE |
|---|---|---|---|---|---|---|---|
| 1993 | MERCEDES | 300TE 3.2L | WDBEA92E9PF2434... | DTI61887900 | 156,923 | 290348 | 10/21/2020 |

| Quantity | Product ID | Part Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1 | 68-AAD | | 68-AAD - 722.3 MERCEDES TRANSMISSION WITH CONVERTER. 1993 MERCEDES 300TE 3.2L | 1,850.00 | 1,850.00 |
| | | | R&R<br>DAYTON FREIGHT: 00540475408 | | |

Customer acknowledges receipt of goods and/or services and agrees to pay the amount shown hereon.  Claims on error, damage and shortage must be reported upon delivery.  Sales tax will be charged on invoices unless exemption is on file.  A 15% restocking fee may be assessed on all parts unless defective.  No returns on special orders.  Shipping and handling charges are not refundable. The price of this part requires customer to return a core to Dynotec. All cores must be returned within 30 days of purchase or core charges may be assessed. Customer is responsible for all costs of collection, including attorney fees and other fees incurred in the collection process. Check writers :If a check is dishonored or returned for any reason, you authorize Dynotec to electronically debit your checking account for the amount of the check plus a $30 admin fee. Please see  separate warranty agreement provided along with this invoice for your rights and obligations pertaining to this

Signature:_____

| | |
|---|---|
| **Sales Tax (7.375%)** | $0.00 |
| **Total** | $1,850.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,850.00 |

DYNOTEC INVOICES 00006