# Exhibit 1

## Account Application

☐ COD Account
*No References Required*

☒ Credit Application
*References Required*

**TRANSTAR INDUSTRIES, INC.**

For Internal Use Only
Account # 159935
Sales # 176648 SDE

**BILL TO:**
Corporation Name: DynoTec Industries
Business Name: _____
Street Address: 14355 Johnson Memorial Drive
City: Shakopee State: MN Zip: 55379
Country: USA
Phone: 952-641-9005 Fax: _____
Email Address: tlundquist@tds.net

**SHIP TO** (if different from billing address):
Corporation Name: _____
Business Name: _____
Street Address: _____
City: _____ State: _____ Zip: _____
Country: _____
Phone: _____ Fax: _____
Email Address: _____

Do you now or have you ever had an account with Transtar Industries, Inc.? ☒ Yes ☐ No
If yes, please provide your Transtar Customer Number: 159935

**BUSINESS PROFILE:**
No. of years at this location: 2
No. of locations: 1
Other branches or affiliates? ☐ Yes ☒ No
Name of branch or affiliate(s): _____
(if more than one, please attach an additional page)
Street Address: _____
City: _____ State: _____ Zip: _____
Country: _____
Phone: _____ Fax: _____

**TYPE OF BUSINESS:**
☒ Corporation ☐ Limited Liability Corp. (LLC)
☐ Limited Partnership ☐ Partnership
☐ Sole Proprietorship
State of Incorporation: Minnesota or
Location of Primary Business (state): _____
or if sole proprietorship, state(s) or residence, include all: _____
Federal Tax ID Number: 45-0563991
Social Security Number: _____

**INFORMATION ON PARTNERS/OFFICERS OF COMPANY:**
Name: Tim Lundquist
Title: President
Street Address: 13351 Skyline Cir
City: Shakopee State: MN Zip: 55379
Country: USA Phone: 952-641-9005

Name: _____
Title: _____
Street Address: _____
City: _____ State: _____ Zip: _____
Country: _____ Phone: _____

**INFORMATION ABOUT YOUR BUSINESS:**
Business Location(s): ☐ Own ☒ Lease
Monthly Rent Payment: 2200  Number of Employees: 5  Number of Bays: 3
Estimated Monthly Parts Purchases: _____

In order to process your credit application, a valid Driver's License number and state of issuance is required.
DL State of Issuance: Minnesota  Driver's License Number: _____

**BANK INFO** *(to be filled out by applicant):*

Bank Name: Community Bank   Contact: Melissa Carlson
Address: 706 Walnut St.
City: Chaska   State: MN   Zip: 55318
Country: ___   Phone Number: (952) 556-1305
Account Number: ___
☒ Checking   ☐ Savings   ☐ Other, please describe: ___

**TRADE REFERENCES** *(to be filled out by applicant):*

Contact: Tom   Company Name: Napa Jordan
Address: ___
City: Jordan   State: MN   Zip: 55352
Country: USA   Phone Number: (952) 492-3111 / 3911

Contact: Don Robinson   Company Name: Transtar
Address: ___
City: Columbia Heights   State: MN   Zip: 55421
Country: USA   Phone Number: (763) 781-5888

Contact: Nick   Company Name: Napa Chaska
Address: ___
City: Chaska   State: MN   Zip: 55318
Country: USA   Phone Number: (___) ___

- The undersigned authorizes Transtar Industries, Inc., its assigns, affiliates and subsidiaries (hereinafter referred to as "Transtar") to perform the necessary credit investigation on the information provided in this credit application.
- Transtar Standard Terms of sale are Prox 15th (invoices billed one month are due on the 15th of the month following purchase). Actual terms may vary based upon Transtar's credit investigation.
- Late payments or balances higher than your assigned credit limit may result in shipments being held, as will NSF Checks (Non-Sufficient Funds for which a $30 service fee or the maximum allowed by law will be charged). NSF Checks must be replaced immediately by Certified Funds or Money order.
- A service charge will be added to all delinquent accounts.
- Transtar does review credit limits periodically and may make changes based on business growth and payment history. If you desire to raise your credit limit, Transtar may require additional information including a recent audited financial statement.
- Transtar may require security for accounts maintaining larger balances.
- Customers with past due balances or NSF checks are not eligible to receive refund checks from Transtar. All credits will be applied to open balances.
- Transtar is required to collect State and Local Sales Tax for customers unless we have a certificate of exemption on file, or a resale certificate.
- Incomplete Credit Applications will not be processed.

- The undersigned, the principal and shareholder(s) of said company, expressly agrees to indemnify and hold harmless Transtar Industries, Inc., its affiliates, subsidiaries, successors and assigns, because of extension of credit as contained in this application and in the event the undersigned company fails or refuses to pay any amount due to Transtar, the undersigned principals will pay said amount in full upon demand of Transtar, including all interest, finance charges, and attorney's fees in the event it is necessary for Transtar to employ an attorney or other third party firm to collect same, together with the cost of collection. This application replaces and supersedes any previous credit applications with Transtar, its predecessors, affiliates and subsidiaries.
- This is to certify that I am a principal of the business and personally guarantee this account.

Signed: _____ Date: 3/26/09
Printed Name: Tim Lundquist

Signed: ___ Date: ___
Printed Name: ___

Please send application back to the Transtar Region that your business is located in:

| Region   | Central            | Midwest              | Northeast          | Southeast              | West                 |
|----------|--------------------|----------------------|--------------------|------------------------|----------------------|
| Fax      | 214-920-7080       | 440-201-6025         | 732-225-4102       | 256-767-7455           | 623-846-3164         |
| Phone    | 800-274-2831       | 800-359-3339         | 800-254-0369       | 800-633-3340           | 866-878-5680         |
| Location | 2425 Irving Blvd. Dallas, TX 75207 | 7350 Young Dr. Cleveland, OH 44146 | 40 Campus Dr. Edison, NJ 08837 | 501 County Rd. 60 Florence, AL 35634 | 4530 N. 43rd Ave. Phoenix, AZ 85031 |

Revised 3/26/08